UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In Re | ) | |
| | ) | |
|     Yvette A. Shope | ) | |
|         debtors | ) | BK# 2-19-20059-PRW |
| | ) | Chapter 13 |
| _____) | | |
| **Yvette A. Shope,** | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Adv No: 19-2004 |
| **County of Chemung** | ) | |
| | ) | |
|         Defendant | ) | |

_____

## CERTIFICATE OF SERVICE

**I, Charles E. Andersen,** hereby certify that I mailed a copy of the summons and complaint in the above captioned matter upon the following individuals/agencies:

1. Office of the Attorney General
   The Capitol
   Albany, NY 12224-0341

2. Chemung County Clerk
   210 Lake Street
   PO Box 588
   Elmira, NY  14902-0588

3. Joseph E. Sartori, III
   Chemung County Treasurer
   320 E. Market Street
   P.O. Box 588
   Elmira, NY 14902

4. Bryan J. Maggs, Esq.
   Chemung County Attorney
   P.O.  Box 588
   Elmira, NY 14902

**BY: UNITED STATES MAIL, FIRST CLASS DELIVERY POSTAGE PREPAID ON FEBRUARY 4, 2019**

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

      Under penalty of perjury, I declare that the foregoing is true and correct.


February 4th 2019                                                     /s/Charles E. Andersen
Elmira, NY